7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Donald Bruce Mcgillivray
*Debtor*

*Bankruptcy Case No.*
12−50911−can7

**United States Trustee**
   Plaintiff(s)

*Adversary Case No.*
13−05015−can

v.

**Donald Bruce McGillivray**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: the Defendants discharge shall be denied pursuant to 11 U.S.C. § 727(a)(6).

                                       Ann Thompson
                                       Court Executive

                                       By: /s/ Jamie McAdams
                                           Deputy Clerk



Date of issuance: 1/13/14

Court to serve